# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Edgar Harutyunyan, | Case No.: 22-cv-01877 PJS/DTS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| Magis, LLC, Magis Construction, LLC, Double G Construction Corporation, Elysian Construction, LLC, Christopher Abdul-Haqq, Michael Antonello, Gabriel Grosso, Robert Palmiere, Salvatore Mule, Nate Moen, and Steve Haqq, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Edgar Harutyunyan ("Plaintiff") and Defendants Magis LLC, Magis Construction LLC, Chris Haqq and Michael Antonello, being all of the parties who have appeared in this action, by and through their counsel of record, each hereby stipulate to Plaintiff's dismissal of all claims asserted by him in this action against Michael Antonello, Gabriel Grosso, Robert Palmiere, Salvatore Mule, Nate Moen, Steve Haqq and Double G Construction Corporation *without prejudice*. The parties agree that any of them may file this Stipulation with the Court after execution by counsel for all parties who have appeared. The dismissal is effective upon filing of this Stipulation of Dismissal and without an order of the Court.

Respectfully submitted,

Dated:  February 16, 2022

| THE HUTTON FIRM, PLLC | WINTHROP & WEINSTINE, P.A. |
|---|---|
| s/ *Lee A. Hutton, III* <br> Lee A. Hutton, III (Atty No. 0327992) <br> SPS Tower <br> 333 South Seventh Street <br> Suite 2150 <br> Minneapolis, Minnesota 55402 <br><br> **Attorneys for Plaintiff** | s/ *Michael E. Obermueller* <br> Michael E. Obermueller, #031772X <br> 225 South Sixth Street <br> Suite 3500 <br> Minneapolis, MN 55402 <br> (612) 604-6400 <br> mobermueller@winthrop.com <br><br> **Attorneys for Defendants Magis LLC, Magis Construction LLC, Chris Haqq and Michael Antonello** |

25691905v2